IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANNON MICHELLE GILLISPIE,

Defendant.

4:18-CR-3086

ORDER

IT IS ORDERED that:

1.     The Joint Motion to Continue Sentencing (filing 71) is granted.

2.     Defendant Shannon Michelle Gillispie's sentencing is continued
to August 16, 2019, at 10:00 a.m., before the undersigned United
States District Judge, in Courtroom No. 1, Robert V. Denney
United States Courthouse and Federal Building, 100 Centennial
Mall North, Lincoln, Nebraska. The defendant shall be present at
the hearing.

Dated this 3rd day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge