IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3086 |
| vs. | **ORDER** |
| SHANNON MICHELLE GILLISPIE, | |
| Defendant. | |

IT IS ORDERED that:

1. The Joint Motion to Continue Sentencing Date (filing 79) is granted.

2. Defendant Shannon Michelle Gillispie's sentencing is continued to August 28, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge